UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Frankfort)

| | | |
|---|---|---|
| KATHLEEN MARIE MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3: 14-007-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting | ) | **JUDGMENT** |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the Memorandum Opinion and Order entered this date, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1.      The administrative decision of Carolyn W. Colvin, Acting Commissioner of Social Security, is **AFFIRMED** and Judgment is entered in her favor with respect to all issues.

2.      This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

3.      This action is **DISMISSED** and **STRICKEN** from the Court's docket.

This 22nd day of October, 2014.



Signed By:

*Danny C. Reeves* DCR

United States District Judge